SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Seijas et al.                    Plaintiff,

- against -                                           4   cv  00401   ( )

Republic of Argentina      Defendant.          **MOTION TO ADMIT COUNSEL**

                                               **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Guillermo Gleizer        a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

|  |  |
|---|---|
| Applicant's Name: | Carlos F. Gonzalez |
| Firm Name: | Diaz, Reus & Targ LLP |
| Address: | 100 S.E. 2nd Street; Ste 2600 |
| City/State/Zip: | Miami, FL 33131 |
| Phone Number: | (305) 375-9220 |
| Fax Number: | (305) 375-8050 |

Carlos F. Gonzalez                    is a member in good standing of the Bar of the States of

Florida and Illinois

There are no pending disciplinary proceeding against   Carlos F. Gonzalez
in any State or Federal court.

Dated:      4/19/2010
City, State:  Miami, FL 33131

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name:
Address:
City/State/Zip:
Phone Number:
Fax Number:

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
SILVIA SEIJAS, EMILIO ROMANO, :
RUBEN WEISZMAN, ANIBAL, CAMPO, :          04 Civ. 401 (TPG)
and MARIA COPATI, :
:
     Plaintiffs, :
:                        **AFFIDAVIT OF GUILLERMO**
v. :                        **GLEIZER IN SUPPORT OF**
:                        **MOTION TO ADMIT**
THE REPUBLIC OF ARGENTINA, :                        **COUNSEL PRO HAC VICE**
:
     Defendant :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

State of New York    )
                 )   ss:
County of New York  )

Guillermo Gleizer, being duly sworn, hereby deposes and says as follows:

1.  I am counsel for Plaintiffs in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Carlos F. Gonzalez as counsel pro hac vice to represent Plaintiffs in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1985.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Carlos F. Gonzalez since 2009.

4.  Mr. Gonzalez is a Partner at Diaz, Reus & Targ, LLP in Miami, FL.

5.  Accordingly, I am pleased to move the admission of Carlos F. Gonzalez, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Carlos F. Gonzalez, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: *4-22-10*

City, State: *Miami, FL*

Notarized: *Lourdes Valdes*

> LOURDES VALDES
> MY COMMISSION # DD 961339
> EXPIRES: March 5, 2014
> Bonded Thru Notary Public Underwriters

Respectfully submitted,

Name of Movant:

SDNY Bar Code:

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Seijas et al.                                          Plaintiff,

4   cv  00401   (   )

- against -

Republic of Argentina                     Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Guillermo Gleizer      attorney for  Silvia Seijas et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Carlos F. Gonzalez |
| Firm Name: | Diaz, Reus & Targ LLP |
| Address: | 100 S.E. 2nd Street; Ste 2600 |
| City/State/Zip: | Miami, FL 33131 |
| Telephone/Fax: | (305) 375-9220 |
| Email Address: | cgonzalez@diazreus.com |

is admitted to practice pro hac vice as counsel for    Silvia Seijas et al.                          in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:

_____

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____

SDNY Form Web 10/2006



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:      494631
Carlos Fernando Gonzalez
Diaz Reus & Targ, LLP
100 S.E. 2nd St.
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 13, 2001.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___23___ day of April, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ECF5:R10

**CASE NO. 04-cv-401-TPG**

## <u>CERTIFICATE OF SERVICE</u>

I, Guillermo Gleizer, an attorney admitted to practice in the State of New York hereby certify that on 29<u>th</u> day of April, 2010. I have caused service of a true copy of the Motions To Admit Counsel Pro Hac Vice  to be served via U.S. Mail upon all counsel of record in this action listed below.

Guillermo A. Gleizer (GG-9237)

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000

SIROTA & SIROTA LLP
125 Beach 128th Street
Belle Harbor, New York 11694
(212) 425-9055

LOVELL STEWART& HALEBIAN, LLP
500 Fifth Avenue
New York, New York 10010
212-608-1900