**Proskauer>>**   Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 6, 2013



Jennifer R. Scullion
Member of the Firm
d 212.969.3655
f 212.969.2900
jscullion@proskauer.com
www.proskauer.com

By Hand

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   04cv400; 04cv401; 04cv506; 04cv936; 04cv937; 04cv1085; 04cv2117; 04cv2118

Dear Judge Griesa:

We write on behalf of the Plaintiffs in the above actions.

The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013.

This is the Plaintiffs' first request for an extension of the briefing schedule. By letter, dated October 15, 2013, Defendant requested an extension of time to file opposition papers from October 18, 2013 to October 25, 2013. The Court so-ordered Defendant's extension-request on October 16, 2013.

We respectfully request that Your Honor so-order the modified briefing schedule by endorsement of this letter.

Respectfully submitted,

Jennifer R. Scullion

cc by email:   Carmine Boccuzzi
              Daniel Northrop
              Saul Roffe
              Carlos Gonzalez
              Marta Colomar Garcia

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2013

Approved.
Thomas P. Griesa
USDJ
11/8/13

**MEMO ENDORSED**

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.