UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Silvia Seijas, et al.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 04 Civ. 400 (LAP)<br><br>ORDER |
| Silvia Seijas, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>The Republic of Argentina,<br><br>       Defendant. | 04 Civ. 401 (LAP) |
| Cesar Raul Castro,<br><br>        Plaintiff,<br><br>-against-<br><br>Argentine Republic,<br><br>       Defendant. | 04 Civ. 506 (LAP) |
| Hickory Securities Ltd.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>       Defendant. | 04 Civ. 936 (LAP) |
| Elizabeth Andrea Azza, et al.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>       Defendant. | 04 Civ. 937 (LAP) |

| | |
|---|---|
| Eduardo Puricelli,<br><br>                    Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>                    Defendant. | 04 Civ. 2117 (LAP) |
| Ruben Daniel Chorny,<br><br>                    Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>                    Defendant. | 04 Civ. 2118 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

On April 18, 2022, Alexander Neuhauser moved for exclusion from the April 2016 class settlement in these cases. (Dkt. no. 443-444.) The parties agreed on a briefing schedule (dkt. no. 446) and on May 16, 2022 the Republic opposed the motion (dkt. nos. 449-450). On June 10, 2022, before Mr. Neuhauser filed his reply brief in further support of his motion, he filed a notice withdrawing the motion. (See dkt. no. 453.)

Accordingly, the Clerk of the Court shall mark as closed the open motions at dkt. nos. 444 and 453.

**SO ORDERED.**

Dated:   New York, New York
         June 13, 2022

                              _Loretta A. Preska_
                              LORETTA A. PRESKA
                              Senior United States District Judge